No. 11–9433. NUNNERY v. NEVADA. Sup. Ct. Nev. Certiorari denied. 

No. 11–9761. STRONG v. MERRILL LYNCH. C. A. 9th Cir. Certiorari denied. 

No. 11–9776. AZIZ v. BENNETT ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–9780. STOUT v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 11–9783. SMITH v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9787. BANKS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–9796. MUHAMMAD v. MARIN COUNTY, CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–9798. PROPES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–9801. DOWDY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–9802. CHAPMAN v. McEWEN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9803. MOORE v. MARICOPA COUNTY SHERIFF'S OFFICE. C. A. 9th Cir. Certiorari denied. 

No. 11–9806. ROBERTS v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9814. POLEDORE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9823. WILEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 11–9829. FONNER v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 11–9838. ANDERSON v. PRUITT ET AL. C. A. 4th Cir. Certiorari denied.